UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER BOWDEN,
    Plaintiff,

vs.                                        Case No.: 3:20cv5355/LAC/EMT

R. KOSSIE, et al.,
    Defendants.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on July 27, 2021 (ECF No. 65). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 65) is adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment (ECF No. 50) is **DENIED**.

3. The clerk of court is directed recommit this matter to the magistrate judge for further proceedings on Plaintiff's claims.

**DONE AND ORDERED** this 25th day of August, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**